**Dismissed and Opinion Filed March 1, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00243-CV

## FIFTEENFORTYSEVEN CRITICAL SYSTEMS REALTY, LLC AND COREY WELP, Appellants

## V.

## ARISTA INVESTMENTS, LLC; ARISTA INVESTMENTS 401K TRUST; F. AARON EDWARD; J. MARK EARLEY; AND BRIAN FOX, Appellees

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-19316

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

Before the Court is the parties' joint motion to dismiss this appeal pursuant to settlement. The parties request that we dismiss the appeal with prejudice and that each party bear its own costs of appeal. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Bill Pedersen, III//

230243f.p05

BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FIFTEENFORTYSEVEN
CRITICAL SYSTEMS REALTY,
LLC AND COREY WELP,
Appellants

No. 05-23-00243-CV          V.

ARISTA INVESTMENTS, LLC;
ARISTA INVESTMENTS 401K
TRUST; F. AARON EDWARD; J.
MARK EARLEY; AND BRIAN
FOX, Appellees

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-19316.
Opinion delivered by Justice
Pedersen, III. Justices Molberg and
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 1st day of March, 2024.